1000 

## (July 3, 1969)

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILTON WIL-LIAMS, Appellant.— Order reversed, on the law and the facts, and case remanded to the County Court for hearing; on the authority of *People* v. *Wright* (32 A D 2d 847); and see *People* v. *Bagley,* (23 N Y 2d 814). Gibson, P. J., Herlihy, Staley, Jr., and Cooke, JJ., concur.